■ In the Matter of ENRIQUE TANTAO, Petitioner, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, et al., Respondents. [872 NYS2d 318]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Erie County Court [Michael L. D'Amico, J.], entered May 1, 2008) to review a determination of respondent James L. Berbary, Superintendent, Collins Correctional Facility. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.